# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK



---

**YAHTEEK MILES**

   vs.

**COUNTY OF BROOME, DAVID HARDER,**
Broome County Sheriff, in his
Individual and Official Capacity,
**PRIMECARE MEDICAL, INC., TERESA ANN
SACCO-BEDOSKY, VICKIE LYNN POTOCHNIAK,
MICHELE PARSONS, BETSY JEAN KUBO, HOPE
WOODCOCK, SUSAN VAIRI-COHEN,** and
**JOHN** and **JANE DOE,** Correctional Officers
and Medical Personnel

JUDGMENT IN A CIVIL CASE

**CASE NO.**   3:04CV1147 (TJM)

---

____   **JURY VERDICT.**  This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**_x_**   **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** ; that the defendants Motions for Summary Judgment [39] [42] [44] [45] are granted and the plaintiff's complaint is dismissed.  To the extent any state law claims remain, the Court declines to exercise supplemental jurisdiction;

AS IN ACCORDANCE WITH the Decision and Order of the Honorable Thomas J. McAvoy filed on March 6, 2006.

Dated:  March 6, 2006

LAWRENCE K. BAERMAN
_____
Clerk of the Court

*P. Aton*
_____
By:  Deputy Clerk